NICHOLAS QUACKENBOS, Respondent, *v.* ALEXANDER EDGAR,
Appellant.

(Argued September 22, 1874; decided January term, 1875.)

THIS was an action to recover damages for the alleged breach of a contract. The complaint alleged that defendant contracted " to do certain plumbing work and furnish certain materials for the plaintiff, at his house, No. 14 St. Mark's place, in the city of New York," and to perform other work in and about plaintiff's premises. The answer admitted " the making of the contract and the performance of work under the same,   *   *   *

as set forth in the complaint." Upon the trial, on cross-examination of plaintiff, it appeared that the house, at the time of the making of the contract, belonged to his wife, having been given to her by her grandfather, on condition that plaintiff would put it in repair, and in performance of the condition he contracted with defendant. It also was shown by plaintiff that, in consequence of the unskillful manner in which the work was done by defendant and the unsuitableness of the materials furnished, water escaped from the pipes, which injured the pipes, the house was injured, and plaintiff was compelled to expend $933 to put it in repair. The complaint was dismissed, on the ground that plaintiff was not the party injured. *Held*, error; that under the pleadings defendant was not at liberty to dispute plaintiff's interest, but that the evidence showed that he was injured.

*Philip Malone* for the appellant.

*Daniel T. Waldron* for the respondent.

REYNOLDS, C., reads for affirmance.
All concur.
Judgment affirmed.